JAMES H. STARK, Respondent, v. JOSEPH KENNEDY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

WILLIAM STARK, Respondent, v. OLYMPIC GARAGE COMPANY, INC., Appellant.— Appeal dismissed, without costs. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

EMIL J. STEHLI, Appellant, v. TOWN OF OYSTER BAY, Respondent.— Judgment of the Special Term reversed, with costs to abide the event. This court holds that the prior judgment is not a bar as to the questions of adverse possession, or regarding the possibility of prior grants as reserved in the Andros patent. The case, therefore, now will stand for trial on the pleadings. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

OTTILLIE STILLWAGGON, as Administratrix, etc., of SAMUEL P. STILLWAGGON, Deceased, Appellant, v. STUYVESANT HEIGHTS MOTOR SERVICE, INC., and JOSEPH FOGLER, Respondents.— Judgment reversed and a new trial granted, with costs to appellant to abide the event. We think in view of the testimony as to the speed of the defendants' motor car, and the other circumstances, that sufficient *prima facie* evidence of defendants' negligence was presented to require submission to the jury. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

EDWARD R. STRONG, Respondent, v. ANNIE J. WAINWRIGHT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

EDITH M. TEWKSBURY, Respondent, v. LAWRENCE H. MICHAELS and CARRIE E. SMITH, Appellants.— Appeal dismissed, without costs. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

LENA WARING, Respondent, v. LINDLEY M. GARRISON, Receiver of the CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

MORRIS WEINBERG, Respondent, v. PHILIP HOFFMAN, Appellant.— Final order of the County Court of Kings county reversed, and new trial ordered in said court, costs to abide the event, on account of the error of the trial court in refusing to charge the jury, as requested, that the increase of the rent was presumably unjust and unreasonable,* and also on account of the court practically instructing the jury that they should take the figures of the landlord as to the net result of the rental received from the building. Blackmar, P. J., Putnam, Kelly, Jaycox and Manning, JJ., concur.

BENJAMIN WEINTRAUB, Respondent, v. GUSTAVE E. KRUSE, Appellant.— Judgment unanimously affirmed, with costs. (See 192 App. Div. 926; 195 id. 807.) Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

---

* See Laws of 1920, chap. 944, amdg. Laws of 1920, chap. 136. Since amd. by Laws of 1921, chap. 434.— [REP.